✔ JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM P. HEISER, | ) Case No: 5:23-cv-00151-AS |
| | ) |
| Plaintiff | ) [~~PROPOSED~~] |
| | ) **JUDGMENT OF VOLUNTARY** |
| v. | ) **REMAND** |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: July 28, 2023    _____
                                    / s / Sagar
                        THE HONORABLE  ALKA SAGAR
                        U.S. MAGISTRATE JUDGE