LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PATRICK HEISER,  ) | No: 5:23-cv-00151-AS |
| ) | |
|    Plaintiff,  ) | [~~PROPOSED~~] ORDER AWARDING |
| ) | EAJA FEES |
|    v.  ) | |
| ) | |
| KILOLO KIJAKAZI, Acting  ) | |
| Commissioner of Social Security,  ) | |
| ) | |
|    Defendant.  ) | |
| ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND SIX HUNDRED DOLLLARS AND 00/100 ($5,600.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: September 28, 2023            _____/ s / Sagar_____

                                                    HON. ALKA SAGAR
                                                    UNITED STATES MAGISTRATE JUDGE